**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HARRY GRISWOLD,**

    **Plaintiff,**　　　　　　　　　　　　**CASE NO.:   8:19-cv-00745-WFJ-JSS**

**v.**

**SRA ASSOCIATES, LLC,**

    **Defendant.**
_____/

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiff, **HARRY GRISWOLD** ("Plaintiff") and Defendant, **SRA ASSOCIATES, LLC** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendants should be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **June 6, 2019,**

| | |
|---|---|
| */s/ Kaelyn Steinkraus*<br>Kaelyn Steinkraus, Esq.<br>Florida Bar No. 125132<br>kaelyn@zieglerlawoffice.com<br><br>Michael A. Ziegler, Esq.<br>Florida Bar No. 74864<br>mike@zieglerlawoffice.com<br><br>Law Office of Michael A. Ziegler, P.L.<br>2561 Nursery Road, Ste. A<br>Clearwater, FL 33764<br>(p)  (727) 538-4188<br>(f)  (727) 362-4778<br>*Attorneys for Plaintiff* | */s/  Michael Schuette*<br>Michael P. Schuette, Esq.<br>Florida Bar No. 0106181<br>Dayle M. Van Hoose, Esq.<br>Florida Bar No. 0016277<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>3350 Buschwood Park Drive, Suite 195<br>Tampa, Florida  33618<br>Telephone:     (813) 890-2472<br>Facsimile:     (877) 334-0661<br>mschuette@sessions.legal<br>dvanhoose@sessions.legal<br>*Attorneys for Defendant, Ceteris Portfolio Services, LLC, d/b/a SRA Associates* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **06** day of **June, 2019**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132